UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Case No. CR 93-298-(C)-JGD Date Nov. 29, 1994

Hon. JOHN G. DAVIES, Judge

| Jim Holmes | Marlene Dolz | Peter Spivack |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst U.S. Attorney |
| Navtej Kohli | Richard Steingard, Retained | N/A |
| Defendant | DFPD/APPTD/RTND/ Counsel | Interpreter |

**SENTENCE:**

☒ REFER TO JUDGMENT AND PROBATION/COMMITMENT ORDER (attached hereto) or * ☒ SEE BELOW
☐ Imprisonment for ______ years/months on each of counts ______.
Count(s) ______ concurrent/consecutive to count(s) ______.
☐ Fine of $ ______ is imposed on each of count(s) ______ Concurrent/Consecutive.
☐ Execution/Imposition of sentence as to imprisonment only suspended on count(s) ______.
☐ Confined in jail-type institution for ______, to be served on consecutive days/weekends commencing ______.
☐ ______ years/months Supervised Release/Probation imposed on count(s) ______ consecutive/concurrent to count(s) ______ under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

- ☐ Perform ______ hours of community service.
- ☐ Serve ______ in a CCC/CTC.
- ☐ Pay $ ______ fine amounts & times determined by P/O.
- ☐ Make $ ______ restitution in amounts & times determined by P/O.
- ☐ Participate in a program for treatment of narcotic/alcohol addiction.
- ☐ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of INS, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
- ☐ OTHER CONDITIONS: ______

ENTER ON ICMS DEC 15 1994

☐ Pursuant to Section 5E1.2(f), all fines are waived, including costs of imprisonment & supervision. The Court FINDS the defendant does not have the ability to pay.
☐ Pay $ ______, per count, special assessment to the United States for a total of $ ______.
☐ Imprisonment for ______ months/years and for a study pursuant to 18 USC ______ with results to be furnished to the Court within ______ days/months whereupon the sentence shall be subject to modification. This matter is set for further hearing on ______.
* ☒ On Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
* ☒ Defendant informed of right to appeal.
☐ ORDER sentencing transcript for Sentencing Commission. ☐ Filed statement of reasons.
☐ Bond exonerated ☐ upon surrender ☐ upon service of ______
☐ Execution of sentence is stayed until 12 noon, ______ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
☐ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
☐ Issued Remand/Release # ______.
☐ Present bond to continue as bond on appeal.
☐ Appeal bond set at $ ______

RECEIVED DEC 9 4 31 PM '94 CLERK U.S. DISTRICT COURT C.D. CAL. BY

☒ Filed and distributed judgment. Issd JS-3. ENTERED.

Deputy Clerk Initials JH



285